**ORIGINAL**

FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0242

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0242

SHIRLEY CHAMBERS-YOST,

Petitioner and Appellant,

v.

MARTIN GUHL, DPHHS, and TERRESSA
McDANIEL,

Respondents and Appellees.

## ORDER

Before this Court is a pleading titled, Notice of Concession and Motion to Remand, filed by counsel for the Appellees Martin Guhl and Terressa McDaniel of the Department of Public Health and Human Services (hereinafter DPHHS).

DPHHS puts forth that remand of the underlying matter to the Second Judicial District Court, Butte-Silver Bow County, is proper. DPHHS provides that self-represented Petitioner and Appellant Shirley Chambers-Yost (Chambers-Yost) sought review of DPHHS's March 23, 2022 decision in a timely fashion, or within thirty days. DPHHS concedes that after reviewing the facts in this record, Chambers-Yost timely filed her Petition for Continuation of Benefits and Property ("Petition") on April 22, 2022, instead of May 6, 2022, when the Clerk of District Court filed her Petition and other documents. DPHHS states that the Clerk of District Court delayed stamping Chambers-Yost's papers and Petition as filed for a total of fourteen days from April 22, 2022, until May 6, 2022, contrary to Montana law. "If a judge . . . is not available to approve a request for a waiver of fees prior to filing a pleading, the pleading must be filed subject to subsequent approval." Section 25-10-404(2), MCA. *See also* M. R. Civ. P. 5(d)(2)(A). DPHHS further provides that it recently contacted Chambers-Yost via telephone to verify the timeliness of her Petition's filing.

Therefore, upon good cause and in light of the foregoing,

IT IS ORDERED that DPHHS's Motion to Remand is GRANTED and this matter is REMANDED to the Second Judicial District Court, Butte-Silver Bow County, for re-opening and judicial review on the merits of Chambers-Yost's Petition and pleadings.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Kurt Krueger, Second Judicial District Court; Tom Powers, Clerk of District Court, Butte-Silver Bow County, under Cause No. DV-22-103; counsel of record, and Shirley Chambers-Yost personally.

DATED this 15 day of August, 2023.

For the Court,

By _____
. Chief Justice

2